

UNITED STATES DISTRICT COURT
DISTRICT OF NEBRASKA

```
FILED
US DISTRICT COURT
DISTRICT OF NEBRASKA
JUN 7 2012
OFFICE OF THE CLERK
```

| | |
|---|---|
| United States of America (Plaintiff) vs. David Lee Kleensang and Bernita Margaret Kleensang, (Defendants) | Case No: 8:12CR56<br>Case No: 8:12CR56-LSC-FG3 |

### AFFIDAVIT REBUTTAL TO USA BRIEF IN RESPONSE TO MARY C. HARDY MOTION TO QUASH SUBPEONA

State of GEORGIA      )
                      ) ss.
County of HENRY)

## Affidavit of Material Fact(s)

Affiant, Mary C. Hardy, certify under my own **commercial liability** that the following is true, correct, complete, and not misleading to the best of my knowledge and belief.

TO THE HONORABLE JUDGE OF SAID COURT:
On this date came on for consideration non- party MARY C. HARDY.

### A CASE STOPS AT ITS FIRST DEFECT

1.    I, MARY C. HARDY, Affiant have sought Civil Rights advice and have learned my Civil Rights as secured by the Constitution may be in jeopardy concerning this Subpoena action.

2.    Officers of the Court who are requesting Affiant to be a Witness in Plaintiff's action Case #8:12CR 56, have failed to properly identify themselves, failing to provide Affiant with the name of their Bonding Company and Performance and/or Fidelity Bond numbers, which are required to even bring this case to court.

3.    The United States of America (Plaintiff) has failed to identify the Flesh and Blood real person, who is the moving party that has signed with "Wet Ink

Signature" under penalties of perjury that their claims against the Defendants are true, correct, complete, and not misleading, ex rel on behalf of the Plaintiff to Legally and Lawfully bring this Criminal action against the Defendants in Case #8:12CR 56.

4. Furthermore, Plaintiff has failed to provide the name of the required Bonding Company and Performance and/or Fidelity bond numbers, which would provide coverage for Commercial Liability of Malpractice Civil Rights Damages caused by moving parties, ex rel the Plaintiff, against Defendants and or any Witnesses.

5. Until and unless Plaintiff and all Agents of the Plaintiff and co-conspirators involved in Case #8:12CR 56, provide Full Disclosure to Defendants and Affiant, **MARY C. HARDY, (Affiant) refuses to consent to be party to any subpoena involving the appearance of Fraud.** Any attempts to continue to force MARY C. HARDY to be subpoenaed shall be construed as a violation of my Civil Rights. (18 USC §§ 241 & 242).

6. Affiant does not consent to be accessory party to this apparent Fraud being committed by the Plaintiff and all co-conspirators so involved. Failing to provide Full Disclosure is Fraud, predicated upon violation of Due Process of Law. (Constitution Article IV section 1 and Amendments 6 & 14)

7. Unless Affiant is notified by Certified Return Receipt Mail by Sworn Affidavit verifying that Plaintiff and all Agents and/or co-conspirators have fully complied with providing Full Disclosure in Case #8:12CR 56 to the Defendants, assuring Affiant that the Plaintiff and/or Agents and co-conspirators are not involved in Fraud involving violation of Due Process of Law against the Defendants, Affiant shall consider this case dismissed.

8. Furthermore, Unless notified by Certified Return receipt mail by sworn Affidavit of rebuttal to all points, point by point before mentioned, Affiant shall understand that Affiant is not required to appear as 1st has been requested by Agents of the government per subpoena.

Furthermore, all Government Agents have failed to properly identify themselves to Mary C. Hardy.

**Mary C. Hardy does not know who you are.**

All Government Agents have failed to provide a sworn Affidavit stating your real name and the name of your Bonding Company and Bond number, so that I may verify you are who you claim to be.

**NOTICE TO AGENT IS NOTICE TO PRINCIPAL, NOTICE TO PRINCIPLE IS NOTICE TO AGENT**

**I, Mary C. Hardy, (Affiant), is personally appearing before Notary, and giving written and spoken oaths affirming that this Affidavit is true, correct, complete, and not misleading to the best of my knowledge and belief under my own commercial liability.**

Executed this 6th day of June, in the year of our Lord two thousand twelve.

*Mary C Hardy*
(Signature of Affiant)

Sworn to (or affirmed) and subscribed before me this 6th day of June, in the year of our Lord two thousand twelve

By MARY C HARDY

(Print Affiant Name)

____ Personally Known

✓ Produced Identification

Type and # of ID GADL050740985

STEPHANIE LEIGH JOHNSON
Notary Public
Henry County
State of Georgia
My Commission Expires Aug 11, 2014

*Stephanie Johns*
(Signature of Notary)

*Stephanie Johns*
(Name of Notary Typed, Stamped, or Printed)

Notary Public, State of GA

**LEGAL NOTICE**

The Certifying Notary is an independent contractor and not a party to this claim. In fact the Certifying Notary is a Federal Witness Pursuant to TITLE 18, PART I, CHAPTER 73, SEC. 1512. *Tampering with a witness, victim, or an informant.* The Certifying Notary also performs the functions of a quasi-Postal Inspector under the Homeland Security Act by being compelled to report any violations of the U.S. Postal regulations as an Officer of the Executive Department. Intimidating a Notary Public under Color of Law is a violation of Title 18, U.S. Code, Section 242, titled "Deprivation of Rights Under Color of Law," which primarily governs police misconduct investigations. This Statute makes it a crime for any person acting under the Color of Law to willfully deprive any individual residing in the United States and/or United States of America those rights protected by the Constitution and U.S. laws.

## CERTIFICATE OF SERVICE

I certify on my own Liability that I caused this **"AFFIDAVIT REBUTTAL TO USA BRIEF IN RESPONSE TO MARY C. HARDY MOTION TO QUASH SUBPEONA** a true, correct, and complete copy, to be sent by United States Mail, POSTAGE PREPAID to the plaintiff's counsel of record in this matter.

Sent by USPS EXPRESS OVERNIGHT Mail RRR to:

> Chief Judge Laurie Smith Camp
> Chief United States District Judge
> 111 South 18th Plaza, Suite 3210
> Omaha, NE 68102

CC (Regular Priority Postal Mail) to:

> DOUGLAS R. SEMISCH
> Assistant U.S. Attorney
> 1620 Dodge Street, Suite 1400
> Omaha, Nebraska 68102

By: _/s/ Mary C. Hardy_
MARY C. HARDY

MARY C. HARDY
136 Luke Cove
Hampton, GA 30228-2382

Dated this 6th day of June, 2012.