## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEBRASKA

| UNITED STATES OF AMERICA, | ) | CASE NO. 8:12CR56 |
|---|---|---|
| Plaintiff, | ) | |
| vs. | ) | ORDER |
| DAVID LEE KLEENSANG and BERNITA MARGARET KLEENSANG, | ) | |
| Defendants. | ) | |

This matter is before the Court on the motion to reconsider (Filing No. 94) the Court's previous Memorandum and Order (Filing No. 71) filed by a nonparty, Mary Hardy.

In the previous Memorandum and Order, the Court adopted the Magistrate Judge's Findings and Recommendation and denied Ms. Hardy's motion to quash.

IT IS ORDERED:

1. The motion to reconsider (Filing No. 94) filed by nonparty Mary Hardy is denied; and

3. The Clerk is directed to mail a copy of this Memorandum and Order to the movant, Mary Hardy, at her last known address.

DATED this 14th day of June, 2012.

BY THE COURT:

s/Laurie Smith Camp
Chief United States District Judge