# UNITED STATES COURT OF APPEALS
# FOR THE EIGHTH CIRCUIT

_____

No: 12-3452
_____

United States of America

Plaintiff - Appellee

v.

David Lee Kleensang

Defendant - Appellant
_____

No: 12-3454
_____

United States of America

Plaintiff - Appellee

v.

Bernita Margaret Kleensang

Defendant - Appellant

_____

Appeal from U.S. District Court for the District of Nebraska - Omaha
(8:12-cr-00056-LSC-1)
(8:12-cr-00056-LSC-2)
_____

**JUDGMENT**

These appeals are dismissed for failure to prosecute. Mandate shall issue forthwith.

December 26, 2012

Order Entered at the Direction of the Court:
Clerk, U.S. Court of Appeals, Eighth Circuit.
_____
/s/ Michael E. Gans